# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　Crim. No. 5:12-CR-385-1F

RENE MARTINEZ

On June 4, 2013, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　/s/ Mindy L. Threlkeld
Eddie J. Smith　　　　　　　　　　　　　　Mindy L. Threlkeld
Supervising U.S. Probation Officer　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2539
　　　　　　　　　　　　　　　　　　　　Executed On: October 12, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13___ day of __October__, 2016.

　　　　　　　　　　　　　　　　　　　　_James C. Fox_
　　　　　　　　　　　　　　　　　　　　James C. Fox
　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge